OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401682

JUL. 27. 2015

**$ 000.27⁵**

**7/24/2015
BAILEY, JIM LEE III**        Tr. Ct. No. 14-20764-A        **WR-83,651-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

JIM LEE BAILEY III
JEFFERSON COUNTY CORRECTIONAL FACILITY
TDC # 295279
P. O. BOX 26007
BEAUMONT, TX 77720